JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerry Doran, | Case No. SA09CV00067 JVS (ANx) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| 7-Eleven, Inc., | |
| Defendant. | |

Complaint Filed: January 15, 2009
Trial Date: December 14, 2010

Plaintiff Jerry Doran ("Plaintiff") and Defendant 7-Eleven, Inc. ("Defendant") appeared for trial on December 14 and 15, 2010 before the Honorable James V. Selna, in Department 10 of the United States District Court for the Central District of California. Plaintiff was represented at trial by his counsel Lynn Hubbard, III and Scottlynn J. Hubbard IV of the Disabled Advocacy Group. Defendant was represented by Julie Trotter of Call & Jensen and Scott Ferrell of Newport Trial Group. A jury was impaneled, sworn and accepted by both Plaintiff and Defendant on December 14, 2010.

Following the conclusion of Plaintiff's presentation of evidence in support of his case, Defendant moved for judgment as a matter of law pursuant to Federal Rule of

Civil Procedure 50(a)(1). The court heard oral argument on Defendant's motion for judgment as a matter of law on December 15, 2010; both parties were represented by counsel of record. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered:

IT IS THEREFORE ORDERED that Defendant's motion for judgment as a matter of law is granted in its entirety.

IT IS FURTHER ORDERED that Plaintiff take nothing.

IT IS FURTHER ORDERED that Defendant may apply to the Court within ten days for its costs and reasonable attorneys' fees. Any such application shall be accompanied by a memorandum of law establishing Defendant's entitlement to fees and costs. Plaintiff shall have ten days to respond to any such application.

Dated: December 29, 2010

_____
Honorable James V. Selna
United States District Court Judge

Julie R. Trotter, Bar No. 209675
jtrotter@calljensen.com
Michael S. Orr, Bar No. 196844
msorr@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 717-3000
Fax: (949) 717-3100
@calljensen.com

Scott J. Ferrell, Bar No. 202091
sferrell@calljensen.com
NEWPORT TRIAL GROUP
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660

Attorneys for Defendant 7-Eleven, Inc.